UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ESTELL WAYNE BUCK,

      **Plaintiff,**

  v.                              Civil Action 2:25-cv-641
                                    Judge Michael H. Watson
BEVERLY BROOKS,                Magistrate Judge Chelsey M. Vascura

      **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Motion seeking an entry of default. (ECF No. 14.) Plaintiff asserts that a default entry is warranted because Defendant has not filed an Answer to his Amended Complaint (ECF No. 6). But Defendant has not yet been properly served with a copy of Plaintiff's Amended Complaint because the service addresses that Plaintiff provided for Defendant were incorrect. As a result, on October 7, 2025, the Court Ordered the Ohio Attorney General's Office to file a Notice either providing Defendant's last known home address for Defendant or stating that the Attorney General will accept service on Defendant's behalf. (ECF No. 13.) That Notice is not due until November 6, 2025. Accordingly, because service has not yet been perfected, and the Notice from the Attorney General is not yet due, Plaintiff's Motion is **DENIED without prejudice**.

      IT IS SO ORDERED.

                                                    /s/ *Chelsey M. Vascura*
                                                    CHELSEY M. VASCURA
                                                    UNITED STATES MAGISTRATE JUDGE