UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ESTELL WAYNE BUCK,**

    **Plaintiff,**

  v.                                         **Civil Action 2:25-cv-641**
                                             **Judge Michael H. Watson**
                                             **Magistrate Judge Chelsey M. Vascura**

**BEVERLY BROOKS,**

    **Defendants.**

## ORDER

This matter is before the Court on Defendant's Motion for Order to File the Summons Returned Executed Upon Defendant Under Seal (ECF No. 30). Defendant's Motion is **GRANTED**. The Clerk is **DIRECTED** to **PLACE UNDER SEAL** the Summons Returned Executed (ECF No. 25), as well as the Submission of USM-295 Form (ECF No. 22), Request for Issuance of Summons (ECF No. 23), the Summons Issued (ECF No. 24), and the Court's Order of November 24, 2025 (ECF No. 20).

    **IT IS SO ORDERED.**

                                                    /s/ *Chelsey M. Vascura*
                                                    CHELSEY M. VASCURA
                                                    UNITED STATES MAGISTRATE JUDGE